IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____D.C.

05 JUN -2 AM 10: 43

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

Jerrica Porter by mother, Jeannette Porter

    Appellant,

v.                                                                Case No.: 2:04cv2863-B/v

Commissioner of Social Security

    Appellee.

---

ORDER SETTING SCHEDULING IN SOCIAL SECURITY CASE

---

The issues in the above-referenced matter having been joined, it is hereby ordered that the following schedule shall be followed:

1. Appellant shall file a brief in support of the asserted claim within 30 days of the entry hereof.

2. Appellee's brief in response shall be filed within 30 days of the filing of appellant's brief.

3. Reply brief may be filed within 10 days of the filing of appellee's response brief.

No further briefs shall be filed without leave of Court.

Entered this 2nd day of June, 2005.

ROBERT R. Di TROLIO, CLERK

BY: _____
       Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02863 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT