IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY CJ b.c.

05 JUL 29 PM 3:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JERRICA PORTER,
by mother, Jeannette Porter

    Plaintiff,

vs

CIVIL ACTION NO: 04-2863-MaV

JO ANNE B. BARNHART,
COMMISSIONER OF
 SOCIAL SECURITY

    Defendant.

## ORDER GRANTING ADDITIONAL TIME TO FILE BRIEF

COMES NOW the Plaintiff, who has requested the Court for a Continuance By Motion which this Court has accepted.

WHEREFORE, PREMISES CONSIDERED

1. The Court finds that a continuance be granted.

2. The Court finds that Plaintiff's brief shall be filed on or before September 5, 2005.

_Diane K. Vescovo_
JUDGE

_July 29, 2005_
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-1-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02863 was distributed by fax, mail, or direct printing on August 1, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT