IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JERRICA PORTER,
By mother, Jeannette Porter,

    Plaintiff,

vs                            CIVIL ACTION NO:   04-2863

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

## ORDER GRANTING ADDITIONAL TIME TO FILE BRIEF

COMES NOW the Plaintiff, who has requested the Court for a Continuance By Motion which this Court has accepted.

WHEREFORE, PREMISES CONSIDERED

1. The Court finds that a continuance be granted.

2. The Court finds that Plaintiff's brief shall be filed on or before October 19, 2005.

_Diane K. Vescovo_
JUDGE

_October 5, 2005_
DATE

APPROVED BY:

*[signature]*

Lester T. Wener, #8749
WENER & ASSOCIATES, P.C.
Attorney for Plaintiff
100 N. Main, Suite 1234
Memphis, TN. 38103
(901) 525-2494

## CERTIFICATE OF CONSULTATION

The undersigned has conferred with the U.S. Attorney's Office on October 3, 2005, regarding this Order Granting Additional Time To File Brief. Defendant does not oppose the Order.

WENER & ASSOCIATES, P.C.

*[signature]*

Lester T. Wener, #8749
Attorney for Plaintiff
1234-100 North Main Bldg.
Memphis, TN 38103
(901) 525-2494

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02863 was distributed by fax, mail, or direct printing on October 7, 2005 to the parties listed.

---

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT