IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 26 AM 10: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JERRICA PORTER,
   By mother, Jeannette Porter,

      PLAINTIFF,

VS.

CIVIL ACTION NO. 04-2863

JO ANN B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

      DEFENDANT.

## ORDER GRANTING LEAVE TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

On consideration of Motion of counsel for Plaintiff, it is hereby

ORDERED that Plaintiff is granted approval to file a brief in excess of twenty (20) pages in support of claimant's Brief in Support of Appeal. *Clerk is directed to docket the appellant's brief.*

ENTERED: This 26 day of October, 2005.

_____
JUDGE

October 26, 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10-26-05

25

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02863 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Lester T. Wener
MCWHORTER & WENER
100 N. Main Street
Ste. 1234
Memphis, TN 38103

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT